Metropolitan Life Insurance Company, Appellee, v. Eva Jokiel, Appellant, and Leonard Jokiel et al., Appellees.

Gen. No. 41,308.

opinion filed December 23, 1940. Rubenstein, Haggenjos & Monarch, for appellant; Edwin A. Hofeld, for appellee Leonard Jokiel. Opinion by JUSTICE MATCHETT. "Not to be published in full."